In the Matter of the Probate of the Will of MARGARET ZIMMERMAN, Deceased.

MARINE TRUST COMPANY OF BUFFALO et al., Appellants; WHEEL CHAIR HOME FOR INCURABLES et al., Respondents.

Submitted February 27, 1939; decided March 7, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 659.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH Ross, Respondent, against JOSEPH H. WILSON, as Warden of Great Meadow Prison, Appellant.

Submitted February 27, 1939; decided March 7, 1939.

Motion for reargument denied. (See 275 N. Y. 169.)